**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 21 MM 2022

                  Respondent         :

                     v.               :

SANTOS CASTRO-MOTA,            :

                  Petitioner          :

## ORDER

**PER CURIAM**

      **AND NOW**, this 11th day of May, 2022, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* be DENIED.